ELLIOT ENOKI #1528
Acting United States Attorney
District of Hawaii

THOMAS J. BRADY #4472
Chief, Criminal Division

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii   96850
Telephone:  541-2850
Facsimile:  541-2958
E-mail: Marshall.Silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 11-00342 LEK |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S RESPONSE TO |
| | ) | THE DEFENDANT'S MOTION TO |
| vs. | ) | TERMINATE HIS SUPERVISED |
| | ) | RELEASE TERM (Doc. No. 134); |
| RONALD K. MARIA, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendant. | ) | |
| | ) | |

GOVERNMENT'S RESPONSE TO THE DEFENDANT'S MOTION TO
TERMINATE HIS SUPERVISED RELEASE TERM (Doc. No. 134)

The United States has reviewed the defendant's motion to terminate his supervised release term. It appears to the government that the issue is whether the defendant could benefit from completing his term of supervised release, rather than having it terminated early. The government believes that is an issue for which the Probation Office is better suited and we defer to its position.

DATED: July 10, 2017, Honolulu, Hawaii.

Respectfully Submitted,

ELLIOT ENOKI
Acting United States Attorney
District of Hawaii

By /s/ Marshall H. Silverberg
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA
