**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 12 2017
07/10/2017 at 11 o'clock and 26 min. a M.
SUE BEITIA, CLERK

Judge Leslie Kobayashi
District of Hawaii
Prince Kuhio Federal Building
300 Ala Moana Blvd, Room C338
Honolulu, HI 96850

Re; CR NO 11-00342LEK; USA vs. RONALD K MARIA;
Motion for early termination of probation;

Dear Judge Leslie Kobayashi,

On 11/24/2008 the FBI reported that "W.V. signed several promissory notes documenting (over $700 trillion) funds owed to me" or words to that effect. See FBI discovery attached.

*The majority of the funds W.V. wired to me related to my charge came from W.V.'s mortgage loans which I do not understand How he was approved for these loans when he told the FBI he owed me over $700 trillion in 2008 prior to his mortgage loans? W.V. did not disclosed his $700 trillion debts to his mortgage loan banks on his mortgage loan applications? Because if he did he would NOT be approved.*

*Although, I feel this does not affect my case, because I have never to my knowledge missed a restitution payment even while incarcerated. I strongly believe that it would arise if for some reason I am unable to pay off the restitution balance before termination of my probation.*

*Furthermore, I believe that the restitution should be a civil debt so I can keep paying it until paid in full without the threat of violation. It should no longer be a criminal debt because W.V. more than likely obtained the original loan funds without disclosing his $700 trillion debts to his mortgage banks (18 USC 1014) Country Wide and WAMU which both went under after 2008 related to MASSIVE mortgage loan frauds (18 USC 1014). I would argue in a violation hearing.*

*Finally, it is unconstitutional to enforce such a debt in light of the evidence, with the ongoing threat of criminal violation especially given the true source of the funds and the manner it was likely obtained by W.V. who told the FBI he owed me $700 trillion+ but likely CONCEALED these important debts from his mortgage banks to obtain loan funds (18 USC 1014) which W.V. wired to me (18 USC 1343) and I am now paying ongoing criminal restitution to W.V. (18 USC 1956).*

Respectfully,

Mr. Ronald K. Maria
Pro se #99499-022
89226A Farrington Hwy
Waianae HI 96792 USA

CC: Mr. Marshall Silverberg, USAO; Mrs. Merilee Lau, USPO; Tulsi Gabbard, Congresswoman

FD-302 (Rev. 10-6-95)

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription   12/08/2008

William Vincent, date of birth 0███████, telephone number ███████████ was interviewed at the offices of the Federal Bureau of Investigation, Seattle Division. After being advised of the identity of the interviewing Agents and the purpose of the interview, Vincent provided the following information.

Vincent initiated his investments with Ronald Maria after responding to a mailing he received from Maria. Vincent corresponded with Maria via email. Vincent has never spoken to Maria in person or on the telephone.

Vincent filled out the document Maria sent and sent a check for approximately $84.00 to Maria to obtain information. Vincent sent a second check to Maria for approximately $184.00 to obtain more information about the investment plan and to obtain an application for a higher lever in the investment program, which Vincent described as the Billionaire Membership Level. Vincent received forms from Maria, including a confidentiality agreement and a power of attorney.

Maria was to put Vincent's invested assets to the "highest and best" use. Maria emphasized that he had trade secrets which enabled Maria to purchase business investments and then roll the transactions over to build income form multiple investments based on Maria's trade secrets. Maria represented that he was generating income from his trade secrets from big companies such as banks, automobile manufacturers, the federal government, state governments, including Hawaii, and the FBI.

Vincent has a sub-trust under the Ronald K. Maria Trust. Vincent was to receive income, into his sub-trust, from the Ronald K. Maria Trust. Maria needed Vincent's money to make the investments. Vincent's understanding was the Maria was to invest Vincent's funds.

At Maria's request, Vincent signed his and his wife's social security checks over to Maria. Maria stated that the funds would be invested and doubled then reinvested to earn additional income. Vincent deposited the social security checks to his account then withdrew the funds and expressed mailed the funds to Maria at; RKM, 590 Farrington Hwy #524, PMB 114, Kapolei, HI.

---

Investigation on   11/24/2008   at Seattle, Washington

File #  196-SE-0   343jpq01.302                      Date dictated

by  SA T. Ryan Austin, SA Joseph P Quinn;jpq

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

000000069

FD-302a (Rev. 10-6-95)

196-SE-0

Continuation of FD-302 of ____W▓▓▓ V▓▓▓▓▓_____ , On __11/24/2008__ , Page __2__

Vincent provided the telephone number (808) 668-5613 as a contact for Maria, however Vincent has only contacted Maria via mail and email. Vincent stated that Maria is hard of hearing and therefore prefers not to speak on the phone.

At Maria's request, Vincent made Maria the beneficiary on his and his wife's life insurance policies. Vincent advised that Maria requested all of Vincent's assets, which included the life insurance policies, be put to the highest and best use.

Vincent sent all of his monthly bills to Maria and Maria was to pay Vincent's bills.

Maria asked Vincent to provide the names of other individuals who were or could be interested in Maria's investment program. Maria told Vincent that Vincent would receive a portion of the funds generated by the trusts set up for the individuals Vincent introduced to Maria. Maria asked Vincent not to attempt to explain the trust program to any other individuals. Maria would explain how the program worked to anyone interested in participating.

At Maria's request, Vincent signed a promissory note in which Vincent owes Maria $700 trillion. The investment returns on Vincent's trust would be used to pay the $700 trillion note. Maria told Vincent that Vincent would repay the promissory note by the funds generated from Maria putting Vincent's assets to the highest and best use. Maria told Vincent that Vincent's sub trust would make money over and above the $700 trillion which Vincent would keep. Vincent signed several promissory notes documents funds owed to Maria.

Maria's explications of how his trade secrets worked were vague. Vincent expected to receive funds directly from Maria. Vincent has not received any funds from Maria. Maria did pay Vincent's bills which Vincent mailed to Maria. Vincent stated that Maria would not pay any return to Vincent until Vincent provided Maria will all of Vincent's assets. Maria told Vincent to max out his credit cards by writing checks, attached to Vincent's credit card, to Maria because credit is one of Vincent's assets which could be put to the highest and best use.

Maria told Vincent that Maria's trade secrets enabled Maria to obtain multi-billion dollar loans from banks which would

000000070

FD-302a (Rev 10-6-95)

196-SE-0

Continuation of FD-302 of __W▓▓▓ V▓▓▓_____ , On __11/24/2008__ , Page __3__

    not have to be repaid.  Maria promised to send Vincent a credit card that Vincent could use which would not have to be repaid.

    Maria provided a list of companies which Maria was purchasing.

    Maria also discussed owning patents for high efficient cars and flying cars.

FD-302a (Rev 10-6-95)

000000071

CERTIFICATE OF SERVICE
FOR PRO SE DOCUMENTS

I, RONALD K. MARIA, do hereby certify that I have served a true and correct copy of the following document,

**Ronald K. Maria Letter dated 07/08/2017 to Judge with Supporting FBI report.**

upon the court and the office of the United States Attorney:

**Marshal Silverberg & Amy Olsen**
Office of the United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Blvd Suite 6100
Honolulu, HI 96850

**Clerk of the U.S. District Court**
District of Hawaii
Prince Kuhio Federal Building
300 Ala Moana Blvd, Room C338
Honolulu, HI 96850

by placing it in a sealed, postage prepaid envelope by United States Postal Mail

on the ___10___ day of ___July___, 2017.

_____
RONALD K. MARIA
*Pro Se* Movant