*[handwritten note top-left: CC: /ek copy to Maria]*

ORIGINAL



*[Filed stamp: FILED IN THE UNITED STATES DISTRICT COURT, DISTRICT OF HAWAII, JUL 14 2017, at 10 o'clock and 45 min. A M., SUE BEITIA, CLERK]*

Judge Leslie Kobayashi                                    07/12/2017
District of Hawaii
Prince Kuhio Federal Building
300 Ala Moana Blvd, Room C338
Honolulu, HI 96850

Re; CR NO 11-00342LEK; USA vs. RONALD K MARIA;
    Motion for early termination of probation;

Dear Judge Leslie Kobayashi,

*The extreme professionalism and respect of the Federal Government, including the DOJ, FBI, USAO, BOP, US MARSHALS and USPO has been just amazing and has changed my entire outlook on life and has inspired me with a new and exciting purpose to support and uphold Our American Justice System against all tyranny foreign and domestic.*

*After my prabation ends, I seek to apply for a pardon so I can help the CIA and FBI to fight ISIS. My idea is a peer to peer anonymous social networking platform where users can report ISIS or any criminal activity publicly under an encrypted username directly to the FBI and CIA for reward points I call patriot points. These patriot points will signify to the world aur patriotism against crime and terrorism or lack thereof. The government would have access ta all user data incase ISIS tries to also use this system to counter our purpose. It will clear the wheat from the chaff by recruiting from the same public as ISIS before ISIS poisons more Americans and grows beyond all control? I also have a few rock-solid exclusive ideas on fighting money laundering using encrypted information technology network data systems which I want to provide to the FBI exclusively. If someday possible? For now, I am faithfully serving my probation.*

*I also have ideas on solving the rail problem by adding wind turbines to the train and then it can be leased as power equipment then the rail tracks would be able to be leased. This would solve the rail funding problem. I am also thinking of solutions for a Universal Basic Income again I cannot do more than think about these issues while on probation due to my restrictions.*

*Finally, I also want to sell t-shirts to make extra money and promote my ideas to pay more against my restitution until paid in full. which I am restricted by probation from doing. As such, I am hoping that you grant my request far early termination of my probation without delay?*

Respectfully,

*[signature]*

Mr. Ronald K. Maria
Pro se #99499-022
89226A Farrington Hwy
Waianae HI 96792 USA

CC: Mr. Marshall Silverberg, USAO;

CERTIFICATE OF SERVICE
FOR PRO SE DOCUMENTS

I, RONALD K. MARIA, do hereby certify that I have served a true and correct copy of the following document,

**Ronald K. Maria Letter dated 07/12/2017 to Judge Kobayashi.**

upon the court and the office of the United States Attorney:

**Marshal Silverberg & Amy Olsen**
Office of the United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Blvd Suite 6100
Honolulu, HI 96850

**Clerk of the U.S. District Court**
District of Hawaii
Prince Kuhio Federal Building
300 Ala Moana Blvd, Room C338
Honolulu, HI 96850

by placing it in a sealed, postage prepaid envelope by United States Postal Mail

on the  12  day of  July , 2017.

RONALD K. MARIA
*Pro Se* Movant