# MINUTES

CASE NUMBER:      CR NO. 11-00342LEK

CASE NAME:        USA vs. (01) RONALD K. MARIA

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:    08/29/2017                   TIME:

COURT ACTION:  EO: ORDER DENYING MOTION TO TERMINATE DEFENDANT'S SUPERVISED RELEASE TERM, FILED JUNE 29, 2017

   The Court commends Defendant Ronald K. Maria ("Mr. Maria") for his compliance while on supervised release which commenced on August 28, 2015. This supervision is currently scheduled to terminate on August 27, 2018. During his supervision to date, Mr. Maria has not committed any violations, has been making consistent restitution payments and has been caring for his parents. This is very good progress towards meeting the goals of supervised release and rehabilitation. The Court encourages Mr. Maria to maintain employment with an employer other than a family member. Mr. Maria began working at Clean Break Hawaii on July 6, 2017. If Mr. Maria continues his compliance with supervised release and continues to maintain employment, the Court will entertain a renewed motion to terminate supervised release in six months.

   IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager