# MINUTES

CASE NUMBER:  CR NO. 11-00342LEK

CASE NAME:  USA vs. (01) RONALD K. MARIA

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:  Leslie E. Kobayashi    REPORTER:

DATE:  02/28/2018    TIME:

COURT ACTION:  EO: GRANTING DEFENDANT'S SECOND MOTION TO TERMINATE DEFENDANT'S SUPERVISED RELEASE TERM

On February 15, 2018, Defendant Ronald K. Maria ("Defendant") filed his Second Motion to Terminate Defendant's Supervised Release Term ("Motion").  This Court issued briefing dates on February 16, 2018.  United States Probation submitted its memorandum in response to the Motion on February 26, 2018.

After careful consideration of the submissions, and the following facts:  that Defendant has five months remaining on his current term of supervision, that Defendant does not have the ability to pay the entire amount of restitution ordered by the Court due to his financial circumstances, the Court, and that Defendant has been compliant with all conditions of supervision to date, the Court hereby GRANTS the Motion and DIRECTS the United States Probation Officer to prepare the order directing termination of supervision release in this matter.

The Court wishes Mr. Maria and his family well, and hopes for Mr. Maria's success in our community.

IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager